United States Bankruptcy Court

District of Nebraska

In re:  Case No. 25-80271-BSK

Douglas Lee Hilkemann  Chapter 7

Nicole Marie Hilkemann

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0867-8 | User: autodocke | Page 1 of 3 |
| Date Rcvd: Mar 28, 2025 | Form ID: B309A | Total Noticed: 65 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Douglas Lee Hilkemann, Nicole Marie Hilkemann, 601 Emerson Ave., Wynot, NE 68792-3017 |
| 5447388 | + | ABS Globa, Inc, P.O. Box 459, De Forest, WI 53532-0459 |
| 5447396 | | AT T, 5007, Carol Stream, IL 60197 |
| 5447389 | + | Agco, P.O. Box 77113, Minneapolis, MN 55480-7702 |
| 5447391 | | Agco Plus, 77117, Minneapolis, MN 55480 |
| 5447392 | + | Antelope County Attorney, 313 Main St, Neligh, NE 68756-1420 |
| 5447393 | + | Antelope County Treasurer, 501 Main St, Neligh, NE 68756-1472 |
| 5447395 | | Aschoff Construction, Inc, 86360 Hwy 121, Neligh, NE 68756 |
| 5447397 | + | Automated Dairy Specialists, LLC, 203 1 St, P.O. Box 158, Clearwater, NE 68726-0158 |
| 5447410 | + | CVA, P.O. 429, York, NE 68467-0429 |
| 5447402 | | Carlson Home Auto, 513 E. Broadway St, Wausa, NE 68786 |
| 5447403 | | Cedar County Attorney, 101 S Broadway Ave, Hartington, NE 68739 |
| 5447404 | | Cedar County Treasurer, 101 S Broadway Ave, Hartington, NE 68739 |
| 5447405 | + | Central Diary Supply, 408 Verona Ave, Ravenna, NE 68869-1240 |
| 5447406 | + | Citibank, P.O. box 6056, Carol Stream, IL 60197-6056 |
| 5447409 | + | Culligan of Yankton, 401 E. 4th St, Yankton, SD 57078-4516 |
| 5447411 | + | Dean Smith, 86495 523rd Ave, Brunswick, NE 68720-3025 |
| 5447417 | + | Hawkeye Adjustment Srvs, Attn: Bankruptcy, Po Box 716, Sioux City, IA 51102-0716 |
| 5447418 | + | Heart of America, 4535 Normal Blvd Ste 275, Lincoln, NE 68506-6802 |
| 5447419 | | Heartland Vet Clinic, 83931546 1/2 Ave, Battle Creek, NE 68715 |
| 5447420 | + | Holstein Association, P.O. Box 808, Brattleboro, VT 05302-0808 |
| 5447421 | + | Holt-Boyd FSA, 107 E. Hwy 20 Suite C, Oneill, NE 68763-2144 |
| 5447425 | + | Intervet Inc, 10488 South 136th St, Omaha, NE 68138-3901 |
| 5447426 | + | J.E. Meuret Grain Co., Inc, P.O. Box 146, Brunswick, NE 68720-0146 |
| 5447430 | + | Justin Hiekes, 56626 883, Hartington, NE 68739-6013 |
| 5447431 | + | Keith A. Harvat, 6457 Frances St, Ste 10, Omaha, NE 68106-2278 |
| 5447432 | + | Krotters, 212 W Douglas St, Oneill, NE 68763-1716 |
| 5447433 | + | Lazy T, P.O. Box 156, Orchard, NE 68764-0156 |
| 5447437 | + | Marino Plumbing, 85948 520th Ave, Royal, NE 68773-5020 |
| 5447438 | + | Midwest Livestock, 501 22nd St, Zumbrota, MN 55992-5195 |
| 5447441 | + | Neligh Family Dentistry, 322 Main St, Neligh, NE 68756-1421 |
| 5447442 | | Nextlink Internet, 224704, Dallas, TX 75222 |
| 5447443 | + | O W Dairy Farm, 85897 518th Ave, Orchard, NE 68764-5030 |
| 5447444 | + | Orchard Lumber, P.O. Box 81, Orchard, NE 68764-0081 |
| 5447445 | + | Pediatric Dental Specialist, P.O. Box 667, Hastings, NE 68902-0667 |
| 5447446 | + | Pinkelman Sales Inc, P.O. Box 428, Hartington, NE 68739-0428 |
| 5447447 | + | Plains Cover Corp, 51522 Hwy 20, Orchard, NE 68764-6457 |
| 5447448 | + | Ron Olson, 86555 523rd Ave, Brunswick, NE 68720-3024 |
| 5447449 | + | Ronald E. Temple, P.O. Box 1407, Norfolk, NE 68702-1407 |
| 5447450 | + | Sanford, 5300 S. Broadband Lane, Ste 200, Sioux Falls, SD 57108-2222 |

Case 25-80271-BSK    Doc 7    Filed 03/30/25    Entered 03/30/25 23:16:34    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0867-8 | User: autodocke | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 28, 2025 | Form ID: B309A | Total Noticed: 65 |

| | | |
|---|---|---|
| 5447451 | + | Scotty's Manure. LLC, 52503 850th Rd., Neligh, NE 68756-5050 |
| 5447454 | + | Simons Trucking Pumping LLC, 87385 Hwy 14, Creighton, NE 68729-2812 |
| 5447456 | + | TNT Rendering, Inc, 1734 US Hwy 75, Rock Rapids, IA 51246-2062 |
| 5447455 | + | Tauber Plumbing, Inc, 508 Oak St, Creighton, NE 68729-2990 |
| 5447457 | + | Tri-Sate Calf Products, Inc, 3026 20th St NW, Sioux Center, IA 51250-2470 |
| 5447458 | + | Two Rivers Irrigation, LLC, 1170 East Highway 275, Neligh, NE 68756-2021 |
| 5447459 | + | West Hodson Lumber Concrete Co., P.O. Box 40, Osmond, NE 68765-0040 |
| 5447460 | + | Yankton Medical Clinic, P.C., 1104 W. 8th St, Yankton, SD 57078-3306 |

TOTAL: 48

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: karen@skrupalaw.com | Mar 28 2025 20:23:00 | Francis X. Skrupa, Skrupa Law Office, 1850 S. 72nd Street, Omaha, NE 68124 |
| tr | + | EDI: QRDMYERS.COM | Mar 29 2025 00:26:00 | Richard D. Myers, Chapter 7 Trustee, 11404 West Dodge Road, Suite 500, Omaha, NE 68154-2584 |
| 5447398 | | Email/Text: MCKBUSINESS.OFFICEQUERIES@AVERA.ORG | Mar 28 2025 20:23:00 | Avera, P.O. Box 8, Mitchell, SD 57301 |
| 5447400 | + | EDI: CAPITALONE.COM | Mar 29 2025 00:26:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5447401 | + | EDI: CAPITALONE.COM | Mar 29 2025 00:26:00 | Capital One/Menards, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5447407 | ^ | MEBN | Mar 28 2025 20:23:04 | Credit Bureau Systems, Inc., Attn: Bankruptcy, 25 Jefferson St, Ste 200a, Clarksville, TN 37040-4657 |
| 5447413 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 28 2025 20:23:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 5447416 | + | EDI: PHINAMERI.COM | Mar 29 2025 00:26:00 | Gm Financial, 801 Cherry Street, Ste. 3600, Fort Worth, TX 76102-6855 |
| 5447424 | | EDI: IRS.COM | Mar 29 2025 00:26:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5447427 | ^ | MEBN | Mar 28 2025 20:23:01 | John Deere Financial, PO Box 650215, Dallas, TX 75265-0215 |
| 5447429 | + | EDI: JPMORGANCHASE | Mar 29 2025 00:26:00 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 5447434 | + | Email/Text: litigation@brownandjoseph.com | Mar 28 2025 20:23:00 | Leviton Law Firm LTD, One Pierce Place Suite 725W, Itasca, IL 60143-1234 |
| 5447435 | + | Email/Text: EBNBKNOT@ford.com | Mar 28 2025 20:23:00 | Lincoln Automotive Finance, Attn: Bankrutcy, Po Box 542000, Omaha, NE 68154-8000 |
| 5447439 | | Email/Text: Rev.BNC@nebraska.gov | Mar 28 2025 20:23:00 | Nebraska Department of Revenue, Attn: Bankruptcy Unit, P.O. Box 94818, Lincoln, NE 68509-4818 |
| 5447440 | + | Email/Text: bankruptcy@nfm.com | Mar 28 2025 20:23:00 | Nebraska Furniture Mart, Attn: Collections, Po Box 2335, Omaha, NE 68103-2335 |
| 5447452 | ^ | MEBN | Mar 28 2025 20:22:49 | Sheffield, P.O. Box 25127, Winston Salem, NC 27114-5127 |
| 5447453 | + | Email/Text: bankruptcy@bbandt.com | Mar 28 2025 20:23:00 | Sheffield Financial, Attn: Bankruptcy, 214 N Tryon St, Charlotte, NC 28202-1078 |
| 5447459 | + | Email/Text: kelly@west-hodson.com | Mar 28 2025 20:23:00 | West Hodson Lumber Concrete Co., P.O. Box 40, Osmond, NE 68765-0040 |

TOTAL: 18

| District/off: 0867-8 | User: autodocke | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 28, 2025 | Form ID: B309A | Total Noticed: 65 |

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5447399 | | Bank of Hartington, 229 N. Broadway Ave |
| 5447436 | | Malvern Bank |
| 5447390 | *+ | Agco, P.O. Box 77113, Minneapolis, MN 55480-7702 |
| 5447394 | *+ | Antelope County Treasurer, 501 Main St, Neligh, NE 68756-1472 |
| 5447408 | *+ | Credit Bureau Systems, Inc., Attn: Bankruptcy, 25 Jefferson St, Ste 200a, Clarksville, TN 37040-4657 |
| 5447414 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 5447415 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 5447422 | *+ | Holt-Boyd FSA, 107 E. Hwy 20 Suite C, Oneill, NE 68763-2144 |
| 5447423 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Insolvency, 1616 Capitol Ave., Stop 5300, Omaha, NE 68102 |
| 5447428 | *+ | John Deere Financial, P.O. Box 650215, Dallas, TX 75265-0215 |
| 5447412 | ##+ | Elite Door, LLC, 1804 W. Omaha Ave, Norfolk, NE 68701-7300 |

TOTAL: 2 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2025           Signature:        /s/Gustava Winters

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Douglas Lee Hilkemann<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–5188 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Nicole Marie Hilkemann<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–1355 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of Nebraska | Date case filed for chapter: | 7    3/28/25 |
| Case number: | 25–80271–BSK | | |

Official Form 309A (For Individuals or Joint Debtors)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Douglas Lee Hilkemann | Nicole Marie Hilkemann |
| 2. | All other names used in the last 8 years | aka Douglas Lee Hilkemann, aka Douglas L Hilkemann, aka Douglas Hilkemann | aka Nicole Marie Hilkemann, aka Nicole M Hilkemann, aka Nicole Hilkemann, fka Nicole Marie Hans, fka Nicole M Hans, fka Nicole Hans |
| 3. | Address | 601 Emerson Ave.<br>Wynot, NE 68792 | 601 Emerson Ave.<br>Wynot, NE 68792 |
| 4. | Debtor's attorney<br>Name and address | Francis X. Skrupa<br>Skrupa Law Office<br>1850 S. 72nd Street<br>Omaha, NE 68124 | Contact phone 402–571–2900<br><br>Email: karen@skrupalaw.com |
| 5. | Bankruptcy trustee<br>Name and address | Richard D. Myers<br>Chapter 7 Trustee<br>11404 West Dodge Road<br>Suite 500<br>Omaha, NE 68154 | Contact phone (402) 492–9200<br><br>Email: rdm@mgwl.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 111 South 18th Plaza<br>Suite 1125<br>Omaha, NE 68102 | Hours open:<br>8:00 – 4:30<br><br>Contact phone (402)661–7444<br><br>Date: 3/28/25 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 1, 2025 at 11:00 AM Central Time**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 461 757 8283, and Passcode 6268861124, OR call 1 531 253 9220**<br><br>For additional meeting information go to www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/30/25** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                    page **2**